Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

Bluefield Division



FILED
FEB 1 2 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Kelly W. Christian S.R
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Bonnie Patterson.
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:21-cv-00108
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [ ] Yes  [X] No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name              Kelly W. Christian SR
   Street Address    10071 Marshall HWY.
   City and County   Bradshall  PO BX 411
   State and Zip Code  West Va. 24817
   Telephone Number  304-967-1101
   E-mail Address

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name: Bonnie Patterson
Job or Title (if known):
Street Address: 151 Luvray Avenue
City and County: Princeton
State and Zip Code: West Va 24740
Telephone Number: 336-755-1188
E-mail Address (if known):

Defendant No. 2
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question       ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Kelly W. Christian SR. , is a citizen of the State of *(name)* Bradshaw WVa .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Bonnie Patterson , is a citizen of the State of *(name)* Princeton WVa . Or is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am wonting to suite Bonnie Patterson for taking my father away from me I am suiting for pain and suffering of my father and for her to pay the courts.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

She caused me pain + suffering from taking my father away from me and putting him into a Nursing home without my knowing anything about it and she never let me know where he was so I could try to get him and to take care of him. I am wonting to suite her for pain + suffering of my father

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

She put him in a Nursing home without letting me know about it and then she put him in the home on the Va side and not WVa side to where we could not find him And I am wonting to suite her for all the pain and suffering she has caused me from taking my father away from me and not letting me know anything about it

"To The United States Circuit Clerk.

The reason on behalf of this letter I am sueing Bonnie Patterson on the pain and suffering of my father who she had put into a Virginia Nursing home. and now Alan mcgraw had told me that I wood have to get a lawyer from Virginia in order to try to get my father out But Bonnie Patterson has caused me a great deal of pain and suffering, They have sold my father's home the only thing that he had left after working twenty five years of his life and he had given me the trailor which they have sold. Now the lawyer is saying that the Nursing home is his home for the rest of his life. But on your behalf hopefully I can get my father out of the home to come to live with me So I am asking the Courts if they could work on my behalf to help bring my father home to me And I'm asking the Courts to reconize this cavil suite and please help us get my father out of the Nursing home so he can come live with me. This was so wrong of Bonnie Patterson to take my father away from me and I'm willing to take care of my father myself Its killing me not being able to get my father out of the home

Without a lawyer so I hope that the Courts could see to it bye helping me bye getting my father out of the Nursing home. We have been calling everyday hours at a time trying to be able to get my father out of the home We have been trying to get my father out every sense he has been in the home. It has caused us so much pain and suffering over my father. So may the Courts see how Bonnie Patterson has made us suffer over my father It has been one Heart ack after another Thank the Courts for listening to me over my father

Thank You.
Mr. Mrs Kelly Churton

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-10-2021

Signature of Plaintiff: *Kelly W. Christian SR*
Printed Name of Plaintiff: Kelly W. Christian S.R.

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

**FROM:**

Kelly Christian
PO Box 411
Bradshaw WVa
24817

**TO:**

Clerk United States Districts Court
ElizBeth Kee Federal Building
601 Federal Street Room 1000
Bluefeild WVa
24701

Utility Mailer
10 1/2" x 16"

ReadyPost