IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

KELLY W. CHRISTIAN, SR.,

    Plaintiff,

v.                                CIVIL ACTION NOS. 1:21-00108

BONNIE PATTERSON,

    Defendant.

### JUDGMENT ORDER

    For reasons expressed in the Memorandum Opinion and Order filed this day, the court hereby **DISMISSES** plaintiff's complaint and directs the Clerk to remove this case from the court's active docket.

    The Clerk is directed to forward a certified copy of this Judgment Order to plaintiff and counsel of record.

    **IT IS SO ORDERED** this 29th day of December, 2023.

                ENTER:

                David A. Faber
                Senior United States District Judge